■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDMUND ANSBRO, Appellant. [731 NYS2d 388] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered April 4, 2000, convicting him of sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant failed to preserve for appellate review his argument that the prosecutor's comments during summation deprived him of a fair trial. In any event, that argument is without merit. Santucci, J. P., Florio, H. Miller and Townes, JJ., concur.